United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RISPEEPAN SACHCHITHANANTHAN-PAKEERATHAN, Petitioner, | § § § § § § | CIVIL ACTION NO. 4:25-cv-05660 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAUL MCBRIDE, *et al*, Respondents. | § § | |

## ORDER

Petitioner Riseepan Sachchithananthan-Pakeerathan challenges his current detention by way of petition for a writ of *habeas corpus*. Dkt 1. He's been in ICE custody since April 2025, pending removal to his home country of Sri Lanka. Id at ¶31.

On December 24, 2025, the Government filed an advisory stating that Petitioner was "scheduled to depart on December 27, 2025." Dkt 13. No supporting documentation was provided with this assertion. But given the asserted imminence, the advisory was accepted as sufficient showing of a significant likelihood of removal. See Dkt 15. The Government was ordered to file an advisory on Petitioner's status by December 31, 2025. Ibid.

The Government now represents that Petitioner is scheduled to be removed on January 17, 2026. Dkt 17. Submitted with its advisory are Petitioner's travel documents provided by Sri Lanka and an itinerary with his flight arrangements. Dkts 17-1 & 17-2.

This is sufficient to show a significant likelihood of removal in the reasonably foreseeable future under *Zadvydas v Davis*, 533 US 678, 701 (2001).

* * *

The request by Petitioner for immediate release as interim relief on *habeas corpus* is DENIED WITHOUT PREJUDICE to a renewed request if Petitioner isn't removed by January 17, 2026. Dkt 16.

The Government is ORDERED to file an advisory on the status of Petitioner's detention by January 18, 2026.

For the avoidance of doubt, the petition for writ of *habeas corpus* and the motion by the Government for summary judgment remain under advisement. Dkts 1 & 10.

SO ORDERED.

Signed on January 6, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge