# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RISEEPAN SACHCHITHANANTHAN-PAKEERATHAN, <br> Petitioner, | § § § § § § | CIVIL ACTION NUMBER <br> 4:25-cv-05660 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| GRANT DICKEY, *et al.* <br> Respondents. | § § § | |

## ORDER

Prior order granted the motion by Petitioner Riseepan Sachchithananthan-Pakeerathan for immediate release. Dkt 21. The Government was ordered to release Petitioner by January 21, 2026, and to file a status report by January 22, 2026.

No further action has been taken on the docket, indicating that the challenged detention has likely concluded.

The parties are thus ORDERED to file a joint status report by March 6, 2026, advising as to Petitioner's current status and whether this action should be terminated.

SO ORDERED.

Signed on March 3, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge